UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ANTHONY G. HEREFORD, JR.,

    Plaintiff,

v.                                                        No. 5:25-CV-130-H

COLAND CONWRIGHT,

    Defendant.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court (1) deny the plaintiff's motion to proceed in forma pauperis (IFP), (2) deny the plaintiff's motion for a temporary restraining order (TRO), (3) deny the plaintiff's motion for a writ of quo warranto, and (4) dismiss this case without prejudice for lack of subject-matter jurisdiction. Dkt. No. 16. No objections were filed, and the plaintiff has taken no action in this case since July 8, 2025. *See* Dkt. No. 12.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The Court therefore denies the plaintiff's motions to proceed IFP, for TRO, and for a writ of quo warranto (Dkt. Nos. 5–7) and dismisses this case without prejudice.

So ordered on October 24, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE